**EXHIBIT 2:** INFRINGEMENT# 1

URL: https://mobile.twitter.com/cdrenyc/status/725035455855624196



**EXHIBIT 2:** INFRINGEMENT# 2

URL: https://www.facebook.com/profile/100068346995672/search/?q=tool%20shed

