UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFAN JEREMIAH,<br><br>      Plaintiff,<br><br>  -v-<br><br>CORBETT AND DULLEA REALTY LLC,<br><br>      Defendant. | 23-cv-1451 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On Friday, May 5, 2023, counsel for plaintiff Stefan Jeremiah and for defendant Corbett and Dullea Realty, LLC informed the Court by email that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
May 8, 2023

                                                JED S. RAKOFF, U.S.D.J.

1